U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 29, 2021

**BY ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/2/2021

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

      Re:   *Brennan Center for Justice, et al. v. U.S. Federal Bureau of Investigation*, No. 20 Civ. 947 (VSB)

Dear Judge Broderick:

      This Office represents Defendant Federal Bureau of Investigation (the "FBI"), in the above-referenced case brought by the Brennan Center for Justice at the New York University School of Law and Defending Rights & Dissent (collectively, "Plaintiffs"), pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. On behalf of the parties, we write respectfully pursuant to the Court's order dated September 1, 2021, Dkt. No. 29, to provide a joint status letter.

      Since the last status update, the FBI has continued to process and review potentially responsive records at the standard monthly processing rate of 500 pages per month, and it made productions of non-exempt, responsive, and segregable records in September and October. At present, there remain approximately 7,000 pages to be processed and reviewed, which the FBI anticipates will be completed in 15 months at the current processing rate.

      The parties continue to believe that it may ultimately be possible to resolve this matter without the need for judicial intervention. Accordingly, the parties respectfully request that the Court permit the parties to submit a further status report on January 3, 2022, advising the Court of the parties' progress on this matter.

Honorable Vernon S. Broderick
Page 2

    We thank the Court for its consideration of this letter.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney

                                      By:  s/ Anthony J. Sun
                                              ANTHONY J. SUN
                                              Assistant United States Attorney
                                              86 Chambers St., 3rd Floor
                                              New York, New York  10007
                                              (212) 637-2810

cc:     (by ECF)
         Francis X. Nolan, IV, Esq.
         *Counsel for Plaintiffs*