**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 10, 2024

> The conference is RESCHEDULED to 1 pm on November 25, 2024.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 68.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: October 10, 2024

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Brennan Center for Justice, et al. v. U.S. Federal Bureau of Investigation*, No. 20 Civ. 947 (AS)

Dear Judge Subramanian:

      This Office represents Defendant Federal Bureau of Investigation (the "FBI"), in the above-referenced case brought by the Brennan Center for Justice at the New York University School of Law and Defending Rights & Dissent (collectively, "Plaintiffs"), pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write respectfully pursuant to the Court's order dated October 8, 2024, Dkt. No. 67, to request that the conference scheduled for November 25, 2024, at 3:00 p.m., if necessary, be rescheduled due to an immovable personal conflict I have at that time.

      Although the parties anticipate that the conference will not be necessary, out of an abundance of caution I make this request to ensure that I can be available should the conference be necessary. I am available for an in-person conference on November 25 between 12:00 p.m. and 2:00 p.m., and also from 9:00 a.m. to 5:30 p.m. on the following day, November 26, 2024. If the Court requires more information on the conflict, I can provide details *in camera*. Counsel for plaintiffs consents to this rescheduling request.

Honorable Arun Subramanian
Page 2

      I thank the Court for its consideration of this request.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                        By:  s/ Anthony J. Sun
                              ANTHONY J. SUN
                              Assistant United States Attorney
                              86 Chambers St., 3rd Floor
                              New York, New York  10007
                              (212) 637-2810

cc:     (by ECF)
          Francis X. Nolan, IV, Esq.
          *Counsel for Plaintiffs*