**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 21, 2024

> The request is DENIED, as there is apparently only a small number of emails and attachments left in dispute, and the Court previously indicated that there would be no further adjournments.
>
> The Clerk of Court is requested to terminate the motion at Dkt. 71.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J. Dated: November 21, 2024

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Brennan Center for Justice, et al. v. U.S. Federal Bureau of Investigation*, No. 20 Civ. 947 (AS)

Dear Judge Subramanian:

      This Office represents Defendant Federal Bureau of Investigation (the "FBI"), in the above-referenced case brought by the Brennan Center for Justice at the New York University School of Law and Defending Rights & Dissent (collectively, "Plaintiffs"), pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write respectfully on behalf of the parties pursuant to the Court's order dated October 8, 2024, Dkt. No. 67, to provide a status report and to request that the Court adjourn the conference currently scheduled for November 25, 2024, to a date in December.

      Since the last status update on November 1, Plaintiff has reviewed the final sets of records produced by the FBI. Yesterday, November 20, Plaintiff relayed questions to the FBI concerning a small number of emails and attachments. The FBI needs time to look into the questions raised so that the parties may then meet and confer to resolve any potential disputes. The FBI will not be able to provide a response to Plaintiff prior to the conference scheduled for November 25, 2024, at 1:00 p.m. The parties hope to resolve these limited questions consensually, and they respectfully submit that it would be in the interest of judicial economy to adjourn the conference to a date on or after December 9, 2024, with a status report due two business days prior to the conference, either informing the Court that there are no issues for the Court to resolve, or proposing a briefing schedule at that time.

Honorable Arun Subramanian
Page 2

Counsel for the parties have conferred, and they are available at the following dates and times[1]:

- Monday, December 9, from 10:00 a.m. to 4:00 p.m.
- Tuesday, December 10, from 9:30 a.m. to 12:00 p.m.
- Wednesday, December 11, from 9:30 a.m. to 4:00 p.m.
- Monday, December 16, from 10:00 a.m. to 11:00 a.m.

We thank the Court for its consideration of this letter.

                                   Respectfully submitted,

                                   DAMIAN WILLIAMS
                                   United States Attorney

                        By:  s/ Anthony J. Sun
                               ANTHONY J. SUN
                               Assistant United States Attorney
                               86 Chambers St., 3rd Floor
                               New York, New York  10007
                               (212) 637-2810

cc:    (by ECF)
       Francis X. Nolan, IV, Esq.
       *Counsel for Plaintiffs*

---

[1] Counsel for the government will be out of the country attending to a family matter without access to government resources from December 17 through December 24.